UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ANTONIO VELAZQUEZ DE LEON, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff*,<br><br>-against-<br><br>BJG FOOD CORP. (D/B/A DAISEY'S DINER), IOANNIS KAMITSIS, and EVANGELOS KAMITSIS,<br><br>*Defendants*. | Index No. 18-cv-01386 (AMD)(ST)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    Shawn R. Clark, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as his last day with the law firm of Michael Faillace & Associates, P.C. is Thursday, March 28, 2019.

    Michael Faillace & Associates, P.C. will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Shawn Clark to withdraw as counsel for the Plaintiffs in this matter.

Dated:  New York, New York       Respectfully submitted,
         March 28, 2019

                                            */s/ Shawn R. Clark*
                                            Shawn R. Clark, Esq.
                                            Michael Faillace & Associates, P.C.
                                            60 East 42nd Street, Suite 4510
                                            New York, New York 10165